UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL ACTION

TERENCE BROWN (#03203-095)                                NUMBER 99-39-RET-SCR

ORDER

Terrence Brown filed a Complaint for Correction of Agency Record(s) Pursuant [to the] Provision of the Privacy Act, 5 U.S.C. § 552a. Record document number 75.

The Privacy Act permits an individual to bring a civil action against a government agency subject to the act. 5 U.S.C. § 552a(g)(1). Plaintiff named the Bureau of Prisons as the defendant in his complaint. Rather than filing the plaintiff's complaint as a civil action, the Clerk of Court filed the complaint in Brown's criminal suit record. It is apparent that the plaintiff intended to bring a civil action pursuant to the Privacy Act.

Therefore;

IT IS ORDERED that the Clerk of Court shall strike the pleading, record docket number 75, from CR 99-39-RET-SCR.

IT IS FURTHER ORDERED that the Clerk of Court shall docket Brown's complaint as a separate civil action and assign it to the same district judge and magistrate judge assigned to his criminal

case.

    Baton Rouge, Louisiana, September 18, 2008.

                                          STEPHEN C. RIEDLINGER
                                          UNITED STATES MAGISTRATE JUDGE